# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL JOSEPH PAVALONE | |
| Plaintiff, | No. 3:11-CV-1447 |
| v. | |
| UNIVERSITY OF SCRANTON, ET AL., | (JUDGE CAPUTO) |
| Defendant | (MAGISTRATE JUDGE MANNION) |

## ORDER

**NOW** this 3rd day of May 2012, upon review of Magistrate Judge Mannion's Report and Recommendation (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED.**

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

A. Richard Caputo
United States District Judge